**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BLANCA ARIAS** | § | |
| | § | **C. A. NO. 4:22-cv-00675** |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **MARMAXX OPERATING CORP.** | § | |

**DEFENDANT MARMAXX OPERATING CORP.'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Marmaxx Operating Corp. ("Defendant"), files its notice of removal of this civil action to the United States District Court for the Southern District of Texas, Houston Division. In support of this Notice of Removal, Defendant respectfully shows as follows:

1. On January 26, 2022, Plaintiff Blanca Arias ("Plaintiff") filed her Original Petition in Cause No. 2022-05063; *Blanca Arias vs. Marmaxx Operating Corp.*, in the 189th Judicial District Court of Harris County, Texas. Plaintiff's return of service indicates that citation was served on Defendant Marmaxx Operating Corp. by serving its registered agent, CT Corporation System on February 2, 2022. *See* Exhibit A, an index of documents filed in the state court proceeding and *see* Exhibit B, Service of Process Transmittal. Therefore, Defendant's notice of removal is timely under 28 U.S.C. § 1446(b).2. True and correct copies of all documents filed in the state court proceeding are attached hereto and incorporated herein by reference. *See id*. A list of all counsel of record is attached hereto and incorporated herein by reference in accordance with Local Rule 81. *See* Exhibit C.

2. Defendant would show that this case is removable under 28 U.S.C. § 1441, and the Court has jurisdiction over this matter, because this suit involves a controversy between citizens of different states and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00. *See* 28 U.S.C. §§ 1332 and 1441.

3. There is complete diversity between the parties. At the time of the filing of this action, and at the time of removal, Plaintiff was and is a citizen of the State of Texas. Defendant Marmaxx Operating Corp., the entity that owns and operates the store where the incident occurred, was and is a corporation incorporated under the laws of the State of Delaware, with its principal place of business at 770 Cochituate Road, Framingham, MA 01701.

4. The matter or amount in controversy in this suit exceeds the sum of $75,000.00, exclusive of interest and costs. In her Original Petition, "Plaintiff seeks monetary relief of over $250,000.00 but not more than $1,000,000.00". *See* Plaintiff's Original Petition ¶ 12, attached as part of Exhibit A.

5. In her live Petition, Plaintiff claims she suffered serious bodily injuries as a result of claims against Defendant for premises liability and negligent activity. *See* Plaintiff's Original Petition ¶¶ 9-11, attached as part of Exhibit A. Plaintiff further alleges damages including: medical expenses in the past and future; physical pain in the past and future; physical impairment in the past and future; loss of earning capacity in the past and in the future; and mental anguish in the past and future. *See id*. ¶ 12.

6. This Notice of Removal will be provided to Plaintiff by service of a copy upon her counsel of record, in accordance with 28 U.S.C. §1446(d). Further, a copy of this Notice of Removal will be filed with the District Clerk of Harris County, in accordance with 28 U.S.C. §1446(d).

7. Therefore, Defendant Marmaxx Operating Corp. prays that this cause be removed from the 189th Judicial District Court of Harris, Texas, to this Court, and for all other relief to which Defendant may be entitled.

Respectfully submitted,

HARTLINE BARGER LLP

 /s/ Jane Haas
Marshall G. Rosenberg
State Bar No. 12771450
Jane Haas
State Bar No. 24032655
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
mrosenberg@hartlinebarger.com
jhaas@hartlinebarger.com
**ATTORNEYS FOR DEFENDANT MARMAXX OPERATING CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on March 3, 2022:

Abraham Garcia
KGS Law Group
150 W. Parker Rd., Suite 705-B
Houston, Texas 77076
Via email: kgs@kgslawgroup.com

/s/ Jane Haas
Jane Haas