United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLANCA ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-0675 |
| | § | |
| MARMAXX OPERATING CORP., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On May 23, 2022, Plaintiff, Blanca Arias, and Defendant, Marmaxx Operating Corp., filed a Notice of Settlement (docket no. 5) announcing that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

SIGNED at Houston, Texas, on this 23rd day of May, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE